UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-24031-PCH/Becerra

MARIO DANGER CALAS, on behalf of himself
and others similarly situated,

    Plaintiff,

v.

WOOD'S STATION, INC., a Florida Corporation,
and FRANCISCO VALVERDE, individually,

    Defendants.
_____/

## NOTICE OF SETTLEMENT AND REQUEST FOR TELEPHONIC APPROVAL HEARING

Plaintiff, MARIO DANGER CALAS, and Defendants, WOOD'S STATION, INC. and FRANCISCO VALVERDE, hereby file this Notice of Settlement and advise the Court that the parties earlier today filed a Joint Notice and Consent to Jurisdiction before the Honorable United States Magistrate Judge Jacqueline Becerra for all proceedings, D.E. #10, and the parties have agreed upon a resolution of Plaintiff's FLSA claims, in connection with which the parties respectfully request permission to provide Magistrate Judge Becerra with the terms of their settlement for review and approval through a telephonic approval hearing.

RESPECTFULLY SUBMITTED this 9th day of December 2021.

| | |
|---|---|
| **s/Keith M. Stern** | **s/Rodolfo Gomez** |
| Keith M. Stern, Esquire | Rodolfo Gomez, Esquire |
| Florida Bar No. 321000 | Florida Bar No. 820903 |
| E-mail: employlaw@keithstern.com | E-mail: rgomez@fordharrison.com |
| 80 S.W. 8th Street, Suite 2000 | FordHarrison, LLP |
| Miami, Florida 33130 | One S.E. 3rd Avenue, Suite 2130 |
| Tel: (305) 901-1379 | Miami, Florida 33130 |
| Attorneys for Plaintiff | Telephone: (305) 808-2100 |
| | Attorneys for Defendants |